**Fred W. ALLNUTT, Sr.,**
**Plaintiff–Appellant,**

v.

**Gordon Robert HANDLER, Group Manager, Internal Revenue Service; United States Department of Justice; United States Trustee, Region Four; Internal Revenue Service, Defendants–Appellees,**

**and**

**Albert D. Adams, Jr., Disclosure Officer, Internal Revenue Service; Marc Aronin, Revenue Officer, Internal Revenue Service; Phil Brand, District Director; Richard L. Chauncey, Revenue Agent, Defendants.**

No. 01–1038.

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 3, 2001.

Fred W. Allnutt, Sr., pro se.

Anthony Thomas Sheehan, Melissa Anemojanis Holton, Jonathan Samuel Cohen, United States Department of Justice, Washington, DC; Tamera Lynn Fine, Office of the United States Attorney, Baltimore, MD, for appellees.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Fred W. Allnutt, Sr., appeals from the district court's order denying relief on his actions filed pursuant to the Freedom of Information Act (FOIA), 5 U.S.C.A. § 552 (West 1996 & Supp.2000). We have reviewed the record and the district court's opinions accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Allnutt v. Handler*, Nos. CA–98–901–Y; CA–98–1722–Y (D.Md. May 24, 2000 and Oct. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*